IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRON C. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: |
| v. | ) |
| | ) |
| STEVEN A. MOLNAR and | ) |
| DANIEL MOLNAR, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Steven A. Molnar and Daniel Molnar (hereinafter collectively referred to as "Defendants"), provide this Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 & 1446. As grounds for removal, Defendants state as follows:

Introduction

1.  The underlying Delaware state court complaint ("State Court Action") was filed in the Delaware Superior Court in and for New Castle County on June 21, 2007 by Plaintiff Myron C. Smith. The State Court Action alleges that Defendant Steven A. Molnar was acting as an agent, servant and/or employee of Defendant Daniel Molnar when he operated a motor vehicle in a negligent manner. The State Court Action is captioned Myron C. Smith v. Steven A. Molnar and Daniel Molnar, C.A. No. 07C-06-234 (WCC), Superior Court of the State of Delaware in and for New Castle County. A copy of the complaint and other materials filed in the State Court Action are attached hereto as Exhibit A. This action seeks to hold Defendants Steven A. Molnar and Daniel Molnar liable for alleged damages related to a motor vehicle accident involving Myron C. Smith that occurred on or about July 14, 2005.

2. As of the filing of the State Court Action and continuing to the date of the filing of this Notice of Removal, Defendants Steven A. Molnar and Daniel Molnar are and continue to be domiciled in the state of New Jersey. See Ex. A, State Court Complaint at 1. Therefore, Defendants are citizens of the state of New Jersey. See 28 U.S.C. § 1332(c)(1). Plaintiff is a citizen of the state of Delaware.

3. As Plaintiff and Defendants are now, and were at the time of filing, citizens of different states, there is complete diversity of citizenship between these parties pursuant to 28 U.S.C. § 1332.

The Requirements for Federal Jurisdiction Have Been Met

4. The State Court Action asserts allegations which reflect that the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) as Plaintiff is seeking general and special damages related to the subject motor vehicle accident. In determining the amount in controversy, this Court should look to the state court complaint and a "reasonable reading of the value" of that complaint. See Angus v. Shiley, Inc., 989 F.2d 142, 145-46 (3d Cir. 1993).

5. This case is removable to federal court because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy is in excess of $75,000.00, exclusive of interest and costs. Therefore this Court has jurisdiction under 28 U.S.C. § 1332. When the Court has diversity jurisdiction, such actions are properly removed to federal court, to the district and division where the state court action is pending. See 28 U.S.C. § 1441.

6. All other requirements for removal to federal court have been met. The State Court Complaint is attached to this Notice as Exhibit A. See 28 U.S.C. § 1446(a). The

Notice of Removal has been served on Plaintiff's counsel and notice has been filed with the Delaware Superior Court in New Castle County. See 28 U.S.C. § 1446(d).

7. Further, the Notice of Removal is timely. This Notice of Removal is filed within thirty (30) days of Defendants' receipt of the State Court Complaint, as required by statute. See 28 U.S.C. § 1446(b). On June 21, 2007, Plaintiff requested service of the summons, complaint and Answers to Superior Court Form 30 Interrogatories upon Defendants through the Secretary of State, pursuant to 10 Del. C. § 3112. On June 25, 2007, counsel for Plaintiff forwarded a courtesy copy of the complaint to Defendants' insurer. See Letter from Jonathan B. O'Neill to Paul M. Todoroff, attached hereto as Exhibit B. To date, it is not clear whether Plaintiff has properly effectuated service upon Defendants. See Sikirica v. Nationwide Ins. Co., 416 F.3d 214, 221-23 (3d Cir. 2005) (explaining that removal is timely where notice is filed within 30 days of service); see also Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999) (holding that formal service of complaint triggers defendant's time for removal).

WHEREFORE, Defendants Steven A. Molnar and Daniel Molnar respectfully request that this action be removed from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.

MARGOLIS EDELSTEIN

Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
Attorney for Defendants Steven A. Molnar
and Daniel Molnar

Dated: July 25, 2007

# EXHIBIT A

EFiled: Jun 21 2007 6:56
Transaction ID 15323345
Case No. 07C-06-234 WCC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| Plaintiff, | : | C. A. No.: |
| v. | : | JURY TRIAL DEMANDED |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | : | ARBITRATION |
| Defendants. | : | |

## PRAECIPE

PLEASE ISSUE SUMMONS, COMPLAINT, and ANSWERS TO

SUPERIOR COURT FORM 30 INTERROGATORIES to the defendants:

1) Steven A. Molnar, 13 Jefferson Avenue, Berlin, NJ 08009, through the Secretary of State, pursuant to 10 Del. C. § 3112.

2) Daniel Molnar, 13 Jefferson Avenue, Berlin, NJ 08009, through the Secretary of State, pursuant to 10 Del. C. § 3112.;

/S/ Jonathan B. O'Neill
JONATHAN B. O'NEILL, ESQ.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Ave., Suite 101
Springside Plaza
Newark, DE 19702
(302) 392-5277
Bar I. D. No.: 4442
Attorney for Plaintiff

07/12/07  16:49 FAX 215 922 7446        Margolis Copy                                    ☒008



EFiled: Jun 21 2007 6:56
Transaction ID 15323345
Case No. 07C-06-234 WCC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| Plaintiff, | : | C. A. No.: |
| v. | : | JURY TRIAL DEMANDED |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | : | ARBITRATION |
| Defendants. | : | |

### COMPLAINT

1. On Thursday, 7/14/05 at approximately 7:13 a.m., the plaintiff was operating a vehicle westbound on Delaware Route 58 in New Castle County, Delaware when a vehicle operated by the defendant, Steven A. Molnar, as the agent, servant and/or employee of the defendant, Daniel Molnar, which was traveling behind the plaintiff's vehicle, in a negligent and careless manner, struck the rear-end of the plaintiff's vehicle, resulting in serious injuries to the plaintiff.

2. The defendant, Steven A. Molnar, was negligent in a manner which proximately caused the accident in that he:

    (a)    failed to keep a proper lookout;

    (b)    failed to maintain proper control over the vehicle he was operating;

    (c)    drove in a careless or inattentive manner in violation of 21 Del.C. §4176;

    (d)    operated his vehicle at an unsafe speed in violation of 21 Del.C.

§§4168 and 4169;

3. The negligence of the defendant, Steven A. Molnar is imputed to the defendant, Daniel Molnar, since the former was operating his vehicle as the agent, servant and/or employee of the defendant, Daniel Molnar at the time of the aforesaid accident. The defendant, Daniel Molnar, must deny agency by affidavit pursuant to 10 Del. C. § 3916.

4. As a result of the aforesaid conduct of the defendants, the plaintiff sustained injuries to his neck, back, and other injuries, some or all of which may be permanent, pain and suffering, mental distress and other damages.

WHEREFORE, the plaintiff demands judgment against the defendants, jointly and severally, for his general and special damages in excess of PIP, and other damages, including but not limited to other special damages, in an amount to be determined by a jury, plus costs and interest.

/s/ JONATHAN B. O'NEILL
JONATHAN B. O'NEILL, ESQ.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Ave., Suite 101
Springside Plaza
Newark, DE 19702
(302) 392-2000
Bar I. D. No.: 4442
Attorney for Plaintiff

EFiled: Jun 21 2007 6:56
Transaction ID 15323345
Case No. 07C-06-234 WC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| MYRON C. SMITH | : |
| Plaintiff, | : C. A. No.: |
| v. | : JURY TRIAL DEMANDED |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | : ARBITRATION |
| Defendants. | : |

THE STATE OF DELAWARE,

TO THE SHERIFF OF KENT COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Jonathan B. O'Neill, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated:                                    SHARON AGNEW
                                          Prothonotary

                                          _____
                                          Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                          SHARON AGNEW
                                          Prothonotary

                                          _____
                                          Per Deputy

Rev 5/91-1

EFiled: Jun 21 2007 6:56
Transaction ID 15323345
Case No. 07C-06-234 WC

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

| | |
|---|---|
| COUNTY: (N) K S | CIVIL ACTION NUMBER: |
| CIVIL CASE CODE: __CPIA__ | CIVIL CASE TYPE: Personal Injury Auto |

Caption:

**MYRON C. SMITH**

    **Plaintiff,**

  **v.**

**STEVEN A. MOLNAR and DANIEL MOLNAR,**

    **Defendants.**

Name & Status of Party Filing Document:

MYRON SMITH, Plaintiff

Document Type: COMPLAINT, ANSWER TO FORM 30 INTERROGATORIES, PRAECIPE, SUMMONS

Non-Arbitration: ___   eFile: __X__

(CERTIFICATION OF VALUE MAY BE REQUIRED)

Arbitration: __x__  Mediation ___ Neutral Assessment ___

DEFENDANT (CIRCLE ONE)   ACCEPT   REJECT

Jury Demand: __X__ Yes _____ No

Track Assignment Requested:

    EXPEDITED   (STANDARD)   COMPLEX

Attorney Name(s): Jonathan B. O'Neill, Esquire
Bar ID: 4442

Firm Name(s): Kimmel, Carter, Roman & Peltz

Office Address:

200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

Telephone Number: (302) 392-5277

Fax Number: (302) 392-0800

E-Mail Address: jboneill@kcrlaw.com

Identify Any Related Cases Now Pending in the Superior Court by Caption and Civil Action Number Including Judge's Initials:

None.

Explain the Relationship(s):

Not applicable

Other Unusual Issues that Affect Case Management:

Not applicable.

---

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

07/12/07  16:50 FAX 215 922 7446          Margolis Copy                                    ☒010



EFiled: Jun 21 2007 6:56
Transaction ID 15323345
Case No. 07C-06-234 WC

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| Plaintiff, | : | C. A. No.: |
| v. | : | JURY TRIAL DEMANDED |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | : | ARBITRATION |
| Defendants. | : | |

### ANSWERS TO SUPERIOR COURT FORM 30 INTERROGATORIES

1. Give the names and present or last known residential and employment address and telephone number of each eyewitness to the incident, which is the subject of litigation.

   ### ANSWER

   See Police Report.

2. Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

   ### ANSWER

   See Police Report; Plaintiff; Defendants; Trooper Dzielak of the Delaware State Police; Christiana ER Personnel; Thomas Jefferson University Hospital, Dr. David

Krasner, Dr. Craig Sternberg; Delaware Back Pain and Sports Rehabilitation Centers; Dr. Julia Golod; Dr. John E. Hocutt, Jr.; Open MRI of Trolley Square; Plaintiff's friends, relatives and business associates.

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone number of the person who made said interviews and the names and present or last known residential employment addresses and telephone numbers of persons who have the original and copies of the interview.

### ANSWER

None known.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached).

### ANSWER

Photographs of Plaintiff's vehicle in the possession of plaintiff's attorney.

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom

the party expects to retain in connection with the litigation.

### ANSWER

See Answer to Interrogatory Number 2.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

   (a) the name and address of all companies insuring the risk;

   (b) the policy number;

   (c) the type of insurance;

   (d) the amount of primary, secondary and excess coverage.

### ANSWER

**PIP coverage with Hartford (exhausted)**

7. Give the name, professional address, and telephone numbers of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

### ANSWER

**David Krasner, D.O., 1100 South Broom Street, Wilmington, DE 19805; Plaintiff reserves the right the supplement this answer.**

/s/ JONATHAN B. O'NEILL
JONATHAN B. O'NEILL, ESQ.
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
P.O. Box 1070
Bear, DE 19701
(302) 392-2000
Attorney for Plaintiff
Bar ID: 4442

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| Plaintiff, | : | C. A. No.: |
| v. | : | JURY TRIAL DEMANDED |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | : | ARBITRATION |
| Defendants. | : | |

AFFIDAVIT OF COUNSEL PURSUANT
TO RULE 3(a)(1)(ii) AND (iii)

STATE OF DELAWARE :
                    : SS.
NEW CASTLE COUNTY :

JONATHAN B. O'NEILL, being duly sworn this 26th day of Jun, 2007 does depose and say:

1. He is attorney for plaintiffs in the above-referenced action.

2. This action involves a claim for personal injuries where plaintiff's claims for special damages have been and will be supplied.

_____
JONATHAN B. O'NEILL, ESQ.

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

LAWRANCE SPILLER KIMMEL
29-Del. C. §4323(a)(3) Notarial Act
Attorney at Law, State of Delaware

**EXHIBIT B**

07/12/07  16:49 FAX 215 922 7446        Margolis Copy                                    ☒004

JUL 0 1 2007

LAW OFFICES
# KIMMEL, CARTER, ROMAN & PELTZ
PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI**
JONATHAN B. O'NEILL****
DANIEL A. SCHWARZ▲
LAWRANCE SPILLER KIMMEL°

*ALSO MEMBER DC BAR
**ALSO MEMBER PA BAR
****ALSO MEMBER NJ BAR
▲MEMBER PA & NJ BARS ONLY
°ALSO MEMBER PA & NJ BARS

MAILING ADDRESS
P.O. BOX 1070
BEAR, DELAWARE 19701

(302) 392-2000
(866) 792-5277 (TOLL FREE)
FAX (302) 392-0800
www.KimmelCarter.com

OFFICE LOCATIONS
200 BIDDLE AVENUE
SUITE 101
SPRINGSIDE PLAZA
NEWARK, DE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

C70318006

June 25, 2007

Mr. Paul M. Todoroff
Proformance Insurance Company
CN 5019
Freehold, NJ 07728-5020

    RE: **Myron Smith v. Daniel Molnar**
       <u>Date of Accident: 7/14/05</u>

Dear Mr. Todrooff:

  Enclosed is a courtesy copy of the Complaint filed on 6/21/07.

              Very truly yours,

              JONATHAN B. O'NEILL

JBO/cmj
Enclosures
Cc: Mr. Myron C. Smith (w/o enclosures)

07-464

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Myron C. Smith

### DEFENDANTS
Steven A. Molnar and Daniel Molnar

(b) County of Residence of First Listed Plaintiff **New Castle County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Camden County, NJ**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jonathan B. O'Neill, Esq.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101, Springside Plaza
Newark, DE 19702  (302) 392-5277

Attorneys (If Known)
Herbert W. Mondros, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801  (302) 888-1112

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 & 1446
Brief description of cause:
motor vehicle accident - personal injury

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: July 26, 2007

SIGNATURE OF ATTORNEY OF RECORD: _(signed)_ Herbert W. Mondros  Del. No. 3308

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 7 - 4 6 4__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__7/26/07__
(Date forms issued)

__Gerald J. Vintigni__
(Signature of Party or their Representative)

__Gerald J. Vintigni__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action