IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRON C. SMITH<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN A. MOLNAR and,<br>DANIEL MOLNAR,<br><br>    Defendants. | C. A. No. 07-464*** |

### PLAINTIFF'S MOTION FOR REMAND TO DELAWARE SUPERIOR COURT

1.    This action was commenced in the Superior Court of the State of Delaware in and for New Castle County on June 21, 2007, by Plaintiff, a resident of Delaware, alleging damages related to a motor vehicle accident that occurred in New Castle County, Delaware on July 14, 2005. Defendants reside in New Jersey.

2.    On July 26, 2007, Defendants filed a notice of removal of this case to the United States District Court for the District of Delaware. The stated basis for removal is due to the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, as required by 28 U.S.C. §1332.

3.    It is undisputed that Plaintiff and Defendants are domiciled in different states. However, Plaintiff submits that the sum of the matter in controversy *does not exceed* $75,000.

4.    Respectfully, in placing an amount on a case, this Court must reasonably determine a value on the case, based on the initial complaint filed by the plaintiff. Werwinski v. Ford Motor Co., 286 F.3d 661, 666 (3d Cir. 2002) (Citing Angus v. Shiley, Inc., 989 F.2d 142, 146 (3d. Cir.

1993). In the case at hand, as a result of the accident, Plaintiff incurred approximately $8,000 in medical bills, as well as a non-surgical, permanent injury to his low back. Similar cases settle for less than $75,000. This case was filed in Superior Court as an arbitration case, which clearly confirms that it has a value less than $100,000. Moreover, the Defendants have not made a settlement offer in excess of $75,000

5.  For the aforementioned reasons, this case is not removable to federal court because the value of the claim does not reasonably exceed the threshold amount of $75,000. Hence, respectfully, this Court lacks jurisdiction over this matter. Since this Court does not have jurisdiction over this case, it should be remanded to the Superior Court of the State of Delaware.

**WHEREFORE,** Plaintiff Myron Smith, by and through his attorney, hereby moves this Court for an Order remanding this case to Delaware Superior Court, pursuant to 28 U.S.C. §1447 and directing that the Defendants pay the Plaintiff just costs, and expenses, including attorney's fees, incurred as a result of the improper removal of this case.

/S/ JONATHAN B. O'NEILL
**JONATHAN B. O'NEILL, ESQUIRE**
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Bear, Delaware 19701
(302) 392-2000
Attorney for Plaintiff
Bar ID: 4442

DATE: August 22, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MYRON C. SMITH | : |
| | :    C. A. No. 07-464*** |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| STEVEN A. MOLNAR and, | : |
| DANIEL MOLNAR, | : |
| | : |
| Defendants. | : |

**<u>ORDER</u>**

     IT IS HEREBY ORDERED this _____ day of _____, 2007, that this case is remanded to the Delaware Superior Court and Defendants shall pay Plaintiff attorney's fees in the amount of _____.

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| | : | C. A. No. 07-464*** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN A. MOLNAR and, | : | |
| DANIEL MOLNAR, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE/MAILING

The undersigned, counsel for Plaintiff, hereby certifies that on August 22, 2007, two (2) copies of the Plaintiff's Motion For Remand to Delaware Superior Court were served/mailed to:

Herbert W. Mondros, Esquire
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801

/s/ JONATHAN B. O'NEILL
JONATHAN B. O'NEILL, ESQUIRE
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Bear, Delaware 19701
(302) 392-2000
Attorney for Plaintiff
Bar ID: 4442