## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRON C. SMITH | : |
|     Plaintiff, | :    C. A. No. 07-464 JJF |
|     v. | : |
| STEVEN A. MOLNAR and, <br> DANIEL MOLNAR, | : |
|     Defendants. | : |

### PLAINTIFF'S MOTION TO COMPEL ISSUANCE OF SETTLEMENT DRAFT

1.   This action was commenced in the Superior Court of the State of Delaware in and for New Castle County on June 21, 2007, by Plaintiff, a resident of Delaware, alleging damages related to a motor vehicle accident that occurred in New Castle County, Delaware on July 14, 2005. Defendants reside in New Jersey. On July 26, 2007, Defendants filed a notice of removal of this case to the United States District Court for the District of Delaware. Plaintiff filed a motion for remand to Superior Court on August 22, 2007. On July 2, 2008, this Court denied Plaintiff's motion for remand to Superior Court.

2.   On or about May 21, 2008, the parties settled this matter for $25,000 and a settlement release was received by Plaintiff's counsel on June 4, 2008.

3.   On or about June 9, 2008, Plaintiff's counsel mailed the executed settlement release to Defendant's counsel ( *See* "Exhibit A").

4.   As of today's date, Defendants' counsel has yet to forward the $25,000 settlement check to Plaintiff's counsel or even advise as to when Plaintiff's counsel can expect receive same. Plaintiff's counsel has asked for updates from Defendants' counsel as to status of the settlement

check on June 25, 2008, July 7, 2008, July 16, 2008, July 19, 2008, and July 28, 2008. As of July 28, 2008, Defendants' counsel had no information to report to Plaintiff's counsel regarding the status of the settlement check.

5.  Plaintiff's counsel has made reasonable efforts to resolve this issue prior to filing this motion to compel.

6.  Accordingly, Defendants should be ordered to issue the settlement draft directly to moving Plaintiff, through his counsel, within seven (7) days of the date of the Court's order.

**WHEREFORE**, moving Plaintiff prays that this Honorable Court grant the relief requested in this Motion and direct that the Defendants pay the Plaintiff just costs, and expenses, including attorney's fees, incurred as a result of having to file this motion.

/s/ JONATHAN B. O'NEILL
JONATHAN B. O'NEILL, ESQUIRE
Kimmel, Carter, Roman & Peltz, P.A.
P.O. Box 8149
Newark, DE 19714
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4442

DATE: July 30, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MYRON C. SMITH | : | |
| | : | C. A. No. 07-464 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN A. MOLNAR and, | : | |
| DANIEL MOLNAR, | : | |
| | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Defendants shall forward the settlement check to Plaintiff's counsel within seven (7) days of this order and Defendants shall pay Plaintiff attorney's fees in the amount of _____.

_____
JUDGE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRON C. SMITH | : |
| | :    C. A. No. 07-464 JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| STEVEN A. MOLNAR and, | : |
| DANIEL MOLNAR, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE/MAILING

The undersigned, counsel for Plaintiff, hereby certifies that on July 30, 2008, two (2) copies of the Plaintiff's Motion to Compel Issuance of Settlement Draft were served/mailed to:

Herbert Mondros, Esquire
Sally Sobczyk, Esquire
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE  19801

/s/ JONATHAN B. O'NEILL
JONATHAN B. O'NEILL, ESQUIRE
Kimmel, Carter, Roman & Peltz, P.A.
P.O. Box 8149
Newark, DE 19714
(302) 565-6100
Attorney for Plaintiff
Bar ID: 4442

4

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

---

C.F. _____    DICT. _____
F.F. _____    S.U.S. _____

JUN 0 4 2008

M.F. _____
ENC. _____   OTHER _____

June 3, 2008

Jonathan B. O'Neill, Esquire
Kimmel, Carter, Roman & Peltz, P.
P.O. Box 8149
Newark, DE 19714

RE:   Smith v. Molnar, et
      C.A. No. 07C-06-234 WCC
      C.A. No. 07-cv-464 JJF

Enclosed please a General Release and Settlement Agreement for your review and your client's signature in connection with the above noted matters.

At your earliest convenience, please provide me with the executed General Release to allow our client to process the settlement check. Also, please provide the payee information for the settlement draft.

Thank you for your cooperation and courtesy regarding this matter.

Very truly yours,

*Sally E. Sobczyk*

Sally E. Sobczyk

Enclosure

---

LAW OFFICES
**KIMMEL, CARTER, ROMAN & PELTZ**
PROFESSIONAL ASSOCIATION
PLAZA 273 BUILDING
56 W. MAIN STREET, 4TH FLOOR
NEWARK, DELAWARE 19702

(302) 565-6100
(866) 792-5277 (TOLL FREE)

Date: 6-9-08

To: Sally Sobczyk

From: Jon O'Neill

FOR YOUR CONVENIENCE
We are forwarding the attached information without a cover letter.

Remarks: Myron Smith.
Tax ID: 5101 20030
Check payable: Myron Smith and Kimmel, Carter, Roman + Peltz

## GENERAL RELEASE AND SETTLEMENT AGREEMENT

In consideration of the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), MYRON C. SMITH ("Releasor") hereby releases and discharges STEVEN A. MOLNAR and DANIEL MOLNAR ("Releasees") and their respective insurance companies, affiliated companies, agents, employees, assigns, successors, heirs, executors, administrators, and representatives from any and all claims and causes of action of any nature arising from the automobile accident which occurred on or about July 14, 2005, and which was complained of within the Superior Court of the State of Delaware in and for New Castle County case captioned *Myron C. Smith v. Steven A. Molnar and Daniel Molnar*, C.A. No. 07C-06-234 WCC (the "Superior Court Action") and which is the subject of the District Court of Delaware case captioned *Myron C. Smith v. Steven A. Molnar and Daniel Molnar*, C.A. No. 07-cv-464 JJF (the "District Court Action").

The undersigned parties intend by this General Release and Settlement Agreement ("Release") to release and discharge all claims which have been asserted, and those claims which could have been asserted by any of the parties against any other party in the Superior Court Action and the District Court Action as a result of the July 14, 2005 automobile accident. The undersigned parties release all claims whether direct, indirect, or derivative, including but not limited to claims for financial damage, personal injury and property damage, medical expenses, lost income, pain and suffering, disability, and loss of society, companionship and consortium arising from the above accident. This Release is intended to release and discharge all claims resulting from the July 14, 2005 accident and the Superior Court Action and the District Court Action, whether known or unknown, incurred or accrued, and those which may be incurred or which may accrue in

the future; the possibility of unknown, future, remote, or contingent claims is anticipated in the consideration accepted for this Release.

This payment and Release is made in compromise and settlement of disputed claims. Payment of consideration does not constitute an admission of liability by either party, nor is this settlement to be construed as such an admission. The parties released have paid the above consideration, and the undersigned Releasor has accepted it to avoid costs, expenses, fees, risks, inconvenience, and other consequences of this dispute.

If any legal action, arbitration, mediation, or other proceeding has been initiated, the undersigned Releasor consents to the dismissal of such proceedings with prejudice. Each party is to pay their own costs, expenses, and attorney fees.

There are or may be claims of subrogation or liens by attorneys, health care providers, or third parties claiming a right to the proceeds of this settlement. The undersigned agree to and will satisfy all such claims from the proceeds of this settlement by other means. The undersigned agree to indemnify and hold harmless the parties released against such claims, and indemnify any costs, expenses, and attorney fees incurred in defending or satisfying such claims, if any.

This Release contains the entire agreement between the Releasor and the parties released. No other statement or representation has been made by the parties released to induce this settlement, other than as set forth in this Release, and no other statements or representations shall be competent or admissible to establish the inducement of this settlement.

This Release may not be altered, amended, modified, superseded, canceled or terminated except by an express written agreement duly executed by all of the parties

the future; the possibility of unknown, future, remote, or contingent claims is anticipated in the consideration accepted for this Release.

This payment and Release is made in compromise and settlement of disputed claims. Payment of consideration does not constitute an admission of liability by either party, nor is this settlement to be construed as such an admission. The parties released have paid the above consideration, and the undersigned Releasor has accepted it to avoid costs, expenses, fees, risks, inconvenience, and other consequences of this dispute.

If any legal action, arbitration, mediation, or other proceeding has been initiated, the undersigned Releasor consents to the dismissal of such proceedings with prejudice. Each party is to pay their own costs, expenses, and attorney fees.

There are or may be claims of subrogation or liens by attorneys, health care providers, or third parties claiming a right to the proceeds of this settlement. The undersigned agree to and will satisfy all such claims from the proceeds of this settlement by other means. The undersigned agree to indemnify and hold harmless the parties released against such claims, and indemnify any costs, expenses, and attorney fees incurred in defending or satisfying such claims, if any.

This Release contains the entire agreement between the Releasor and the parties released. No other statement or representation has been made by the parties released to induce this settlement, other than as set forth in this Release, and no other statements or representations shall be competent or admissible to establish the inducement of this settlement.

This Release may not be altered, amended, modified, superseded, canceled or terminated except by an express written agreement duly executed by all of the parties

hereto or their attorneys on their behalf, which agreement makes specific reference to the Release. This Release will be governed by the laws of the State of Delaware, and both Releasor and Releasees submit to the jurisdiction of the state and/or federal courts located within the State of Delaware for the resolution of any dispute which may arise hereunder.

If any of the provisions, terms, clauses, waivers, or releases of claims or rights contained in this Release are declared illegal, unenforceable, or ineffective in a legal forum of competent jurisdiction, such provisions, terms, clauses, waivers, or releases of claims or rights shall be deemed severable, such that all other provisions, terms, clauses, waivers, or releases of claims and rights contained in this Release shall remain valid and binding upon both parties.

**THE UNDERSIGNED HEREBY DECLARES THAT THE TERMS OF THIS RELEASE HAVE BEEN READ AND ARE FULLY UNDERSTOOD AND VOLUNTARILY ACCEPTED FOR THE PURPOSE OF MAKING A FULL AND FINAL SETTLEMENT BETWEEN MYRON C. SMITH AND STEVEN A. MOLNAR AND DANIEL MOLNAR OF ANY AND ALL CLAIMS, DISPUTED OR OTHERWISE, ON ACCOUNT OF ANY INJURIES OR DAMAGES THAT ARISE OUT OF THE CLAIMS MADE IN THE ABOVE-REFERENCED SUPERIOR COURT ACTION AND DISTRICT COURT ACTION.**

The persons signing this Release represent and warrant that they have the full power and authority to enter into this Release, and that their execution of this Release is binding upon the parties for which they act.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this ___7___

day of ___June___, 2008.

_____
Myron C. Smith (Releasor)

STATE OF DELAWARE  }
NEW CASTLE COUNTY  }  SS.

On this ___7___ day of ___June___ 2008, before me personally came ___Myron Smith___, known to me to be the individual described herein, who executed the foregoing General Release and Settlement Agreement.

_____
Notary Public
My commission expires

JONATHAN B. O'NEILL
ATTORNEY AT LAW
Notarial Officer, State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)
This commission has no expir...

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this _____

day of _____, 2008.

_____
Sally E. Sobczyk, Esquire (#4762) for:
Steven A. Molnar and Daniel Molnar
(Releasees)

STATE OF DELAWARE  }
NEW CASTLE COUNTY  }  SS.

On this _____ day of _____ 2008, before me personally came _____, known to me to be the individual described herein, who executed the foregoing General Release and Settlement Agreement.

_____
Notary Public
My commission expires: