IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MYRON C. SMITH,** | ) |
| **Plaintiff,** | ) ) ) |
| | ) C.A. No.: 07-cv-464 JJF |
| v. | ) ) |
| **STEVEN A. MOLNAR and DANIEL MOLNAR,** | ) ) ) ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

NOW COME, the parties, by and through their respective counsel, who stipulate and agree to dismiss the above captioned matter with prejudice to all parties, with each party bearing its own costs and fees.

| | |
|---|---|
| **KIMMEL, CARTER, ROMAN & PELTZ, P.A.** | **MARGOLIS EDELSTEIN** |
| /s/ Jonathan B. O'Neill | /s/ Sally E. Sobczyk |
| Jonathan B. O'Neill, Esquire (DE Id 4442) | Sally E. Sobczyk, Esquire (DE Id 4762) |
| Plaza 273 Building (I95 & Route 273) | 750 Shipyard Drive, Suite 102 |
| 56 W. Main Street, 4th Floor | Wilmington, DE 19801 |
| Newark, DE 19702 | 302-888-1112 |
| 302-565-6100 | Attorneys for Defendants |
| Attorneys for Plaintiff | Dated: 08/24/08 |
| Dated: 08/23/08 | |