IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYRON C. SMITH, | ) |
| Plaintiff, | ) )  ) |
| | ) C.A. No.: 07-cv-464 JJF |
| v. | ) ) |
| STEVEN A. MOLNAR and DANIEL MOLNAR, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

**NOW COME**, the parties, by and through their respective counsel, who stipulate and agree to dismiss the above captioned matter with prejudice to all parties, with each party bearing its own costs and fees.

KIMMEL, CARTER, ROMAN
&  PELTZ, P.A.

/s/ Jonathan B. O'Neill
Jonathan B. O'Neill, Esquire (DE Id 4442)
Plaza 273 Building (I95 & Route 273)
56 W. Main Street, 4th Floor
Newark, DE 19702
302-565-6100
Attorneys for Plaintiff
Dated: 08/23/08

MARGOLIS EDELSTEIN

/s/ Sally E. Sobczyk
Sally E. Sobczyk, Esquire (DE Id 4762)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
302-888-1112
Attorneys for Defendants
Dated: 08/24/08

SO ORDERED this 31 day of August, 2008

_____
U.S. District Judge